# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code     A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code     B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 662 | Bank of Bird in Hand |
| 415 | Bank of Landisburg (The) |
| 664 | BankUnited, NA |
| 501 | BELCO Community Credit Union |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| 392 | Brentwood Bank |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |

**Bank Code     C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 136 | Centric Bank |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |
| 660 | Clarion FCU |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 223 | Commercial Bank & Trust of PA |

| | |
|---|---|
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| **647** | **CONGRESSIONAL BANK** |
| 380 | County Savings Bank |
| 536 | Customers Bank |

**Bank Code     D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

**Bank Code     E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code     F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |

| 604 | First Priority Bank, a division of Mid Penn Bank | **72** | **JUNIATA VALLEY BANK (THE)** |
|---|---|---|---|
| **592** | **FIRST RESOURCE BANK** | | |
| 657 | First United Bank & Trust | | |
| 408 | First United National Bank | **Bank Code** | **K.** |
| 151 | Firstrust Savings Bank | | |
| 416 | Fleetwood Bank | 651 | KeyBank NA |
| 175 | FNCB Bank | 414 | Kish Bank |
| 291 | Fox Chase Bank | | |
| 241 | Franklin Mint Federal Credit Union | | |
| 639 | Freedom Credit Union | **Bank Code** | **L.** |
| 58 | Fulton Bank, NA | | |
| | | 78 | Luzerne Bank |

**Bank Code     G.**

| 499 | Gratz Bank (The) |
|---|---|
| 498 | Greenville Savings Bank |

**Bank Code     M.**

| 361 | M & T Bank |
|---|---|
| 386 | Malvern Bank, NA |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |

**Bank Code     H.**

| 244 | Hamlin Bank & Trust Company | 81 | Mars Bank |
|---|---|---|---|
| 362 | Harleysville Savings Bank | 367 | Mauch Chunk Trust Company |
| 363 | Hatboro Federal Savings | 511 | MCS (Mifflin County Savings) Bank |
| 463 | Haverford Trust Company (The) | 641 | Members 1st Federal Credit Union |
| 606 | Hometown Bank of Pennsylvania | 555 | Mercer County State Bank |
| 68 | Honesdale National Bank (The) | 192 | Merchants Bank of Bangor |
| 350 | HSBC Bank USA, NA | 671 | Merchants Bank of Indiana |
| **364** | **HUNTINGDON VALLEY BANK** | 610 | Meridian Bank |
| 605 | Huntington National Bank (The) | 294 | Mid Penn Bank |
| 608 | Hyperion Bank | **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| | | 457 | Milton Savings Bank |
| | | **596** | **MOREBANK, A DIVISION OF** |
| | | | **BANK OF PRINCETON (THE)** |

**Bank Code     I.**

| 669 | Industrial Bank | **484** | **MUNCY BANK & TRUST COMPANY (THE)** |
|---|---|---|---|
| 365 | InFirst Bank | | |
| 557 | Investment Savings Bank | **Bank Code** | **N.** |
| 526 | Iron Workers Savings Bank | | |
| 668 | Inspire FCU | 433 | National Bank of Malvern |
| 670 | Investors Bank | 168 | NBT Bank, NA |
| | | 347 | Neffs National Bank (The) |
| | | **434** | **NEW TRIPOLI BANK** |

**Bank Code     J.**

| 70 | Jersey Shore State Bank | 15 | NexTier Bank, NA |
|---|---|---|---|
| 127 | Jim Thorpe Neighborhood Bank | 636 | Noah Bank |
| 488 | Jonestown Bank & Trust Company | 638 | Norristown Bell Credit Union |
| 659 | JPMorgan Chase Bank, NA | 666 | Northern Trust Co. |
| | | 439 | Northumberland National Bank (The) |
| | | 93 | Northwest Bank |

## Bank Code O.

653 OceanFirst Bank
489 OMEGA Federal Credit Union
 94 Orrstown Bank

## Bank Code P.

**598 PARKE BANK**
584 Parkview Community Federal Credit Union
 40 Penn Community Bank
540 PennCrest Bank
419 Pennian Bank
447 Peoples Security Bank & Trust Company
 99 PeoplesBank, a Codorus Valley Company
556 Philadelphia Federal Credit Union
448 Phoenixville Federal Bank & Trust
665 Pinnacle Bank
 79 PNC Bank, NA
449 Port Richmond Savings
667 Premier Bank
354 Presence Bank
451 Progressive-Home Federal Savings & Loan
    Association
637 Provident Bank
456 Prudential Savings Bank
491 PS Bank

## Bank Code Q.

107 QNB Bank
560 Quaint Oak Bank

## Bank Code R.

452 Reliance Savings Bank
220 Republic First Bank d/b/a Republic Bank

## Bank Code S.

153 S & T Bank
316 Santander Bank, NA
460 Second Federal S & L Association of
    Philadelphia
646 Service 1st Federal Credit Union
458 Sharon Bank

462 Slovenian Savings & Loan Association of
    Franklin-Conemaugh
**486 SOMERSET TRUST COMPANY**
633 SSB Bank
**518 STANDARD BANK, PASB**
122 Susquehanna Community Bank

## Bank Code T.

143 TD Bank, NA
**656 TIOGA FRANKLIN SAVINGS BANK**
182 Tompkins Vist Bank
577 Traditions Bank
609 Tristate Capital Bank
672 Truist Bank
640 TruMark Financial Credit Union
467 Turbotville National Bank (The)

## Bank Code U.

483 UNB Bank
481 Union Building and Loan Savings Bank
634 United Bank, Inc.
472 United Bank of Philadelphia
475 United Savings Bank
600 Unity Bank
232 Univest Bank & Trust Co.

## Bank Code V.

611 Victory Bank (The)

## Bank Code W.

**119 WASHINGTON FINANCIAL BANK**
121 Wayne Bank
631 Wells Fargo Bank, NA
553 WesBanco Bank, Inc.
494 West View Savings Bank
473 Westmoreland Federal S & L Association
476 William Penn Bank
272 Woodlands Bank
**573 WOORI AMERICA BANK**
630 WSFS (Wilmington Savings Fund Society), FSB

**Bank Code**    **X.**

**Bank Code**    **Y.**

**Bank Code**    **Z.**

### PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

### IOLTA EXEMPTION

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.